# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| THOMAS MONTGOMERY and ) <br> PEGGIE MONTGOMERY, ) <br>     Plaintiffs, ) <br> ) <br> v.   ) <br> ) <br> STATE FARM FIRE AND CASUALTY ) <br> COMPANY, ) <br>     Defendant. ) | CIVIL ACTION: 1:21-00505-KD-M |

## ORDER

This matter came before the Court on the parties' Notice of Settlement. (Doc. 54).

As such, it is **ORDERED** that the above-styled action is **DISMISSED with prejudice** from the active docket of this Court subject to the right of any party to reinstate the action within **sixty (60) days** of the date of this Order should the settlement agreement not be consummated. Each party shall bear his or its own costs, expenses, and attorneys' fees in accordance with the terms of the settlement agreement.

**DONE** and **ORDERED** this the **27th** day of **January 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**